JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO FRAGA-HERREJON,<br><br>　　　　Petitioner,<br><br>v.<br><br>TODD LYONS, *et al.*,<br><br>　　　　Respondents. | Case No. 5:26-cv-01349-AYP<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 15, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE